1  Lawrence Brewster
   Regional Solicitor
2  Daniel J. Chasek
   Associate Regional Solicitor
3  **BORIS ORLOV** (CSBN 223532)
   Office of the Solicitor
4  United States Department of Labor
   350 S. Figueroa St., Suite 370
5  Los Angeles, California 90071-1202
        Telephone: (213) 894-5410
6       Facsimile: (213) 894-2064
7  E-mail: orlov.boris@dol.gov

8  Attorneys for the Petitioner

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11
12 HILDA L. SOLIS,                    )  Case No.: **CV 10-03134 ODW (FFMx)**
      Secretary of Labor,             )
13    United States Department of Labor, )
                                      )  [PROPOSED] ORDER TO SHOW
14              Petitioner,           )  CAUSE
         v.                           )
15                                    )  On Secretary of Labor's Petition to
   YOO N ME U.S.A., INC., a California Corpo- )  Enforce Administrative Subpoena
16 ration                             )  Duces Tecum
                                      )
17              Respondent.           )
                                      )
18 _____)

19
20      Petitioner, Hilda L. Solis, Secretary of Labor, United States Department of Labor
21 ("Petitioner" or the "Secretary"), has applied to this Court for an Order requiring Re-
22 spondent Yoo N Me U.S.A., Inc. ("Respondent") to produce the records, papers and
23 documents set forth in a subpoena duces tecum issued by the Regional Administrator,
24 Wage and Hour Division, U.S. Department of Labor, and duly served upon Respondent.
25 Having considered the matters set forth in the Petitioner's pleadings, it is hereby
26      **ORDERED** that Respondent appear and **SHOW CAUSE**, if any there be, why
27 Respondent should not be ordered by this Court to comply with the subpoena duces te-
28 cum issued to Respondent by the Regional Administrator, Wage and Hour Division,

1  U.S. Department of Labor; and it is further

2      **ORDERED** that Respondent serve and file with the Clerk of this Court, no later
3  than __June 14, 2010__ a response to the Petition, specifically admitting
4  or denying each allegation of the Petition, and setting forth the cause, if any there be,
5  why the Petition should not be granted; and it is further

6      **ORDERED** that Respondent appear at a hearing to be held on the Petition on
7  __June 28, 2010__, at __1:30 p.m.__ o'clock, in Courtroom number
8  __11__, located at __312 N. Spring Street,__
9  __Los Angeles, CA 90012__; and it is further

10      **ORDERED** that an Investigator from the Wage and Hour Division, U.S. Depart-
11  ment of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of
12  the Petition and supporting documents on Respondent.

14
15  Dated: __5/24/10__, 2010      _[signature]_
16                                                       United States District Judge

17  Presented by:

19  M. PATRICIA SMITH
20  Solicitor of Labor

21  LAWRENCE BREWSTER
22  Regional Solicitor

23  DANIEL J. CHASEK
24  Associate Regional Solicitor

25  ___/s/___
26  BORIS ORLOV, Attorney

27  Attorneys for the Petitioner, U.S. Department of Labor
28